IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07cr298 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENYON ANTHONY , | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Kenyon Anthony, appeared before the court on April 1, 2010 on a Summons for a Petition for Offender Under Supervision [32]. The defendant was represented by Assistant Federal Public Defender, Julie Hansen and the United States was represented by Assistant U.S. Attorney Douglas Semisch. The defendant admits allegations 1 and 2. The oral motion to continue is granted.

IT IS ORDERED:

1. The Office of the Federal Public Defender is appointed to represent this defendant in this matter.

2. An evidentiary hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on July 2, 2010.** Defendant must be present in person.

3. Defendant is released on the same terms and conditions of supervised release already imposed.

Dated this 1st day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge