## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| Plaintiff,  ) | |
| )  | 8:07CR298 |
| vs.  ) | |
| )  | ORDER |
| KENYON ANTHONY,  ) | |
| )  | |
| Defendant.  ) | |

Defendant Kenyon Anthony appeared before the court on Tuesday, April 12, 2011 on a Petition for Warrant or Summons for Offender Under Supervision [48]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The government did not request detention. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **June 10, 2011 at 2:30 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 12th day of April, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge